FILED

08 JUN 18 PM 2:55

BY: _____ DEPUTY

'08 CR 2023 W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| MIGUEL ANGEL AVILA-QUEZADA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about April 23, 2008, within the Southern District of California, defendant MIGUEL ANGEL AVILA-QUEZADA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CEM:fer:San Diego
6/16/08

It is further alleged that defendant MIGUEL ANGEL AVILA-QUEZADA was removed from the United States subsequent to November 18, 1997.

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney