FILED
08 JUN 18 PM 2:55

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08 CR 2023 W |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| MIGUEL ANGEL AVILA-QUEZADA, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Miguel Angel Avila-Quezada</u>, Criminal Case No. 08CR1642-W.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney